

COURT OF APPEALS
EIGHTH DISTRICT OF TEXAS
EL PASO, TEXAS

| | | |
|---|---|---|
| RAMON MONTOYA, JR., | § | No. 08-17-00196-CR |
| Appellant, | § | Appeal from the |
| v. | § | 409th District Court |
| THE STATE OF TEXAS, | § | of El Paso County, Texas |
| Appellee. | § | (TC# 20140D05060) |

## **J U D G M E N T**

The Court has considered this cause on the record and concludes there was no reversible error in the judgment.  We therefore affirm the judgment of the court below.  This decision shall be certified below for observance.

IT IS SO ORDERED THIS 18TH DAY OF OCTOBER, 2019.

MICHAEL MASSENGALE, Former Justice

Before Rodriguez,  J., Palafox, J., and Massengale, Former Justice
Massengale, Former Justice (Sitting by Assignment)